IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00679-AP

ANNA MARIE GURULE,

                       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

                       Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

                       For Plaintiff:
                       Gail C. Harriss
                       DAWES, HARRISS & BLOODSWORTH, P.C.
                       572 E. Third Avenue
                       Durango, CO  81301
                       (970) 247-4411
                       fax: (970) 247-1482
                       Gch@dawesandharriss.com

                       For Defendant:

                       DAVID M. GAOUETTE
                       Acting United States Attorney

                       KEVIN TRASKOS
                       Assistant United States Attorney
                       Deputy Chief, Civil Division
                       United States Attorney's Office
                       District of Colorado
                       Kevin.trasko @usdoj.gov

                       THOMAS H. KRAUS

Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
(303) 844-0194 (facsimile)
Tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint Was Filed:** March 26, 2009.

    **B. Date Complaint Was Served on U.S. Attorney's Office:** April 8, 2009.

    **C. Date Answer and Administrative Record Were Filed:** May 29, 2009.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **Plaintiff states:** To the best of her knowledge, the Record is complete.
    **Defendant states:** To the best of his knowledge, the Record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **Plaintiff states:** None anticipated
    **Defendant states:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    **Plaintiff states:** To the best of her knowledge, this case does not involve unusual claims or defenses.
    **Defendant states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

**Plaintiff states:** None anticipated
**Defendant states:** None anticipated.

## 8. BRIEFING SCHEDULE

**A. Plaintiff's Opening Brief Due:** July 16, 2009.

**B. Defendant's Response Brief Due:** August 17, 2009.

**C. Plaintiff's Reply Brief (If Any) Due:** September 1, 2009.

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiff's Statement:** Oral Argument is not requested.

**B. Defendant's Statement:** Oral Argument is not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.   ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.   (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

IN ADDITION TO FILING AN APPROPRIATE NOTICE WITH THE CLERK'S OFFICE, COUNSEL MUST FILE A COPY OF ANY NOTICE OF WITHDRAWAL, NOTICE OF SUBSTITUTION OF COUNSEL, OR NOTICE OF CHANGE OF COUNSEL'S ADDRESS OR TELEPHONE NUMBER WITH THE CLERK OF THE UNITED STATES MAGISTRATE JUDGE ASSIGNED TO THIS CASE.

IN ADDITION TO FILING AN APPROPRIATE NOTICE WITH THE CLERK'S OFFICE, A *PRO SE* PARTY MUST FILE A COPY OF A NOTICE OF CHANGE OF HIS OR HER ADDRESS OR TELEPHONE NUMBER WITH THE CLERK FO THE UNITED STATES MAGISTRATE JUDGE ASSIGNED TO THIS CASE.

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES

MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 18th day of June, 2009.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/   **Gail C. Harriss   6/16/09**
Gail C. Harriss
DAWES, HARRISS & BLOODSWORTH, P.C.
572 E. Third Avenue
Durango, CO   81301
(970) 247-4411
fax: (970) 247-1482
Gch@dawesandharriss.com


For Defendant:
DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado

Kevin.trasko @usdoj.gov

By:  **s/ Debra Meachum      6/16/09**
Special Assistant United States Attorney for
Thomas H. Kraus
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
(303) 844-0194 (facsimile)
Tom.kraus@ssa.gov