IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 09-cv-00679-MSK

ANNA MARIE GURULE,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

      Defendant.

---

## ORDER

THIS MATTER comes before the Court on the Unopposed Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b)(1) (Motion) **(#32)** filed December 27, 2012.  Upon consideration of Plaintiff's (hereinafter referred to as "claimant") Motion and Claimant's Memorandum in Support thereof, in which she seeks authorization for payment of attorney fees by the Social Security Administration ("SSA") Commissioner in the amount of $3,419.00, I have determined that under the standards set forth in 42 U.S.C. § 406(b), Claimant's request for $3,419.00 for attorney fees is reasonable.

    **IT IS HEREBY ORDERED** that Claimant's Motion is **GRANTED**, and as a result, the SSA Commissioner is **ORDERED** to pay Claimant's attorney $3,419.00 for fees incurred in representing Claimant before this Court, and in this matter. These fees are to be paid from Claimant's retroactive benefits. The Social Security Administration has approved attorney fees for claimant's counsel, in the amount of $5,300.00, for representation of claimant at the administrative level by approving the Contingent Fee Agreement.

    Dated this 3rd day of January, 2013.

**BY THE COURT:**

Marcia S. Krieger
Chief United States District Judge